**Order filed, December 1, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00851-CV

_____

### NEW FAITH CHURCH OF HOUSTON, Appellant

### V.

### SOUTHWESTERN BELL TELEPHONE D/B/A AT&T OF TEXAS, INC., ET AL, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2014-38636**

## ORDER

The reporter's record in this case was due **November 21, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sheri Ullrich**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM